UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 31, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAFAEL ALCAUTER ,<br><br>　　　　Defendant. | Case No. 2:14-mj-00018-KJN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  RAFAEL ALCAUTER ,

Case No. 2:14-mj-00018-KJN , from custody for the following reasons:

_____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of $ _____

　　　__X__   Unsecured Appearance Bond $   100,000.00

　　　_____   Appearance Bond with 10% Deposit

　　　_____   Appearance Bond with Surety

　　　_____   Corporate Surety Bail Bond

　　　__X__   (Other):____Pretrial Services conditions

Issued at Sacramento, California on January 31, 2014 at 2:00 p.m.

By: _____
Magistrate Judge Kendall J. Newman